UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cincinnati Arts Association, Inc.,

    Plaintiff,

v.

J. Jargon Co., et al,

    Defendants.

Case No. 1:11-cv-596

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the parties' Joint Motion for Reimbursement of Fees and Costs to Plaintiff, Release of Remaining Funds to GFour, and Dismissal with Prejudice (Doc. 26). Among other things, this motion jointly requests a stipulated dismissal.

For good cause shown, and as the motion requests (Doc. 26, 1), it is ORDERED as follows:

1. Plaintiff is awarded a reimbursement of fees and costs in the amount of $4,746.93, to be paid out of the funds held by Plaintiff pending resolution of the conflicting claims of GFour and MTM Owners to the funds.

2. All remaining funds shall be released to GFour.

3. This action is DISMISSED with PREJUDICE, including all claims asserted by Plaintiff, all counterclaims asserted by MTM Owners, and all cross claims asserted by MTM Owners.

**IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              UNITED STATES DISTRICT JUDGE